UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRENDA SMITH,

    Plaintiff,

v.                                         Case No. 3:20-cv-336-TJC-JRK

OWL, INC.,

    Defendant.

## ORDER

Upon review of the Joint Stipulation of Dismissal with Prejudice (Doc. 28), filed on May 10, 2021, this case is dismissed with prejudice. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 11th day of May, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

agb
Copies:

Counsel of record